3. MUNICIPAL COURT OF CHICAGO, § 24*—*when judgment not appealable.* There being no statute authorizing an appeal from the Municipal Court of Chicago in a fourth-class case, an appeal cannot be taken in such case, and if taken will be dismissed.

## City of Chicago, Defendant in Error, v. Samuel Isaacson, Plaintiff in Error.

## Gen. No. 21,492.  (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed November 29, 1915.

### Statement of the Case.

Action by the City of Chicago, plaintiff, against Samuel Isaacson, defendant, in the Municipal Court of Chicago. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

WILLIAM SLACK, for plaintiff in error; ROMAN G. LEWIS, of counsel.

RICHARD S. FOLSOM, for defendant in error.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 26*—*when bill of exceptions insufficient.* A document purporting to be a bill of exceptions which is but a recital of the proceedings of the trial without containing either the names of the witnesses or the evidence is not "a correct statement * * * of the facts appearing upon the trial and all questions of law," or "a correct stenographic report of the proceedings at the trial," required by section 23 of the Municipal Court Act, Illinois Statutes, ch. 37 (J. & A. ¶ 3335), and will be stricken on motion of appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.